ACCEPTED
12-14-00365-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/6/2015 11:21:17 AM
CATHY LUSK
CLERK

## NO.   12-14-00365-CV

| | | |
|---|---|---|
| **EDOM CORNER, LLC and** | § | **IN THE COURT** |
| **EARL A. BERRY, JR.** | § | |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **IT'S THE BERRYS, LLC d/b/a** | § | **TWELFTH APPELLATE** |
| **MARY ELLEN'S** | § | **DISTRICT** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/6/2015 11:21:17 AM
CATHY S. LUSK
Clerk

## THIRD MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Edom Corner, LLC and Earl A. Berry, Jr., Appellants in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellants' brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 294th Judicial District Court of Van Zandt County, Texas.

2.     The case below was styled *It's the Berrys, LLC d/b/a Mary Ellen's v. Edom Corner, LLC and Earl A. Berry, Jr.,* Cause No. 09-00138 in the 294th Judicial District Court of Van Zandt County, Texas.

3.     Judgment in favor of Plaintiff was entered by the Trial Court on October 14, 2014.   A Motion for New Trial was filed on November 6, 2014.

4.     Notice of appeal was given on December 29, 2014.

5. The clerk's record was filed on February 24, 2015; the reporter's record was filed on February 11, 2015.

6. The Appellants' brief is presently due May 4, 2015.

7. Appellants request an extension of time of two (2) days from the present date.

8. Two extensions to file the brief has been received in this cause.

9. Appellants rely on the following facts as good cause for the requested extension:

Appellants' attorney, Katherine A. Ferguson, shows that she was attempted to file the brief at 12:23:12 PM on May 4, 2015. The brief was rejected due to insufficient electronic signature. Appellant was not aware until early morning of May 6, 2015 that the filing had not been accepted. Appellant attempted to refile, and was successful in submitting the brief on May 6, 2015 at 8:28:31 AM.

Appellants' attorney has conferred with Larry M. Lesh, counsel for Appellee, and Larry M. Lesh stated he did not object to the brief being filed on May 6, 2015 and that his client has not suffered a material injury by the late filing.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Second Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON, LLP

By:    /s/ Katherine A. Ferguson
Katherine A. Ferguson
(SBN 06918050)
2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Tel: (903) 454-6050
Fax: (903) 454-4898
Email: rdflawoffice@yahoo.com
Lead Counsel for Appellants

## CERTIFICATE OF SERVICE

This is to certify that on May 6, 2015, a true and correct copy of the above and foregoing document was served on the following by facsimile:

Larry M. Lesh, Esq.
1 Forest Park Drive
Richardson, Texas 75080
FAX: (972) 699-1456

R. Paul Elliot, Esq.
301 S. Main St.
Canton, Texas 75103
FAX: (903) 567-6228

/s/ Katherine A. Ferguson
Katherine A. Ferguson

## CERTIFICATE OF CONFERENCE

This is to certify that on May 6, 2015, the undersigned spoke by telephone with Larry M. Lesh, lead counsel for Appellee It's the Berry's, LLC d/b/a Mary Ellen's. Mr. Lesh stated that he did not oppose a two (2) day extension of the deadline for Appellants' Brief.

/s/ Katherine A. Ferguson
Katherine A. Ferguson